# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIELLE GINES

VERSUS

BAYOU EQUITY INVESTMENTS,
LLC

NO.   2026 CW 0957

**JULY 31, 2026**

---

In Re:   Danielle Gines, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202614085.

---

**BEFORE:   WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a copy of the signed judgment, in violation of Rule 4-5(C)(6) of the Uniform Rules of Louisiana Courts of Appeal. In addition, this court requires a copy of the transcript of the July 22, 2026 hearing and all evidence introduced or proffered at that hearing, including specific exhibits and the "entire record" of the proceeding which were introduced pursuant to the minute entry for the hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before August 31, 2026, and must contain a copy of this ruling.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT